# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0115; A23I0116.  VICTOR DWAYNE SPARROW v. THE STATE.**

Facing charges for cruelty to children and child molestation, Victor Dwayne Sparrow seeks interlocutory review of two orders. In Case No. A23I0116, he seeks review of a magistrate court order transferring his case to Cobb County Superior Court for further prosecution. In Case No. A23I0115, he seeks review of a superior court order denying him bond.[1] We lack jurisdiction.

Both transfer orders and orders denying pre-trial bond are interlocutory orders. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999) (orders denying pre-trial bond); *In the Interest of W. L.*, 335 Ga. App. 561, 562-563 (782 SE2d 464) (2016) (transfer orders). In order to appeal these orders, Sparrow was required to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b). Sparrow, however, has not provided  any certificates of immediate review from the trial court with his

[1] Sparrow initially filed these applications in the Supreme Court of Georgia, which found no basis for its jurisdiction and transferred the applications to this Court. See Cases No. S23I0267; S23I0270 (Nov. 17, 2022).

application materials. His failure to comply with the interlocutory appeal procedure deprives us of jurisdiction to consider these applications. See *Mullinax*, 271 Ga. at 112 (1); *W. L.*, 335 Ga. App. at 563. Accordingly, these applications are hereby DISMISSED.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/10/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*

---

[2] We also note it that appears from the application materials that Sparrow may be represented by counsel. "A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) (citation and punctuation omitted).